## LINCOLN ELECTRIC CO. v. A. O. SMITH CORP.
### No. 6013.

Circuit Court of Appeals, Sixth Circuit.
Oct. 9, 1931.

Fay, Oberlin & Fay, of Cleveland, Ohio, for appellant.

Hull, Brock & West, of Cleveland, Ohio, and Haight, Adcock, Banning & Fathchild, of Chicago, Ill., for appellee.

PER CURIAM.

Appeal dismissed because taken from a nonappealable order.

## Mrs. J. W. LINDSEY, Appellant, v. J. C. PENNY COMPANY, a Corporation, Appellee.
### No. 3262.

Circuit Court of Appeals, Fourth Circuit.
Jan. 4, 1932.

Russell S. Ritz, of Bluefield, W. Va., for appellant.

George Richardson, Jr., of Bluefield, W. Va., for appellee.

PER CURIAM.

Case dismissed under Rule 20, per agreement of counsel.

## Henry LINDSAY, Appellant, v. UNITED STATES of America, Appellee.
### No. 3190.

Circuit Court of Appeals, Fourth Circuit.
Oct. 15, 1931.

C. G. Wyche, of Greenville, S. C., for appellant.

J. A. Tolbert, U. S. Atty., of Greenville, S. C.

PER CURIAM.

Case dismissed under Rule 20, per agreement of counsel.

## Adia LLOYD v. ÆTNA LIFE INS. CO.
### No. 5909.

Circuit Court of Appeals, Sixth Circuit.
April 8, 1932.

Stanley, Horwitz & Kiefer, of Cleveland, Ohio, for appellant.

McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.